JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN LEE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GHOTRA INC. D/B/A DIAMOND PALACE CUISINE OF INDIA; A&J SUNSET VILLAGE, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:19-cv-07902-PA (SSx)**<br>Assigned to Percy Anderson<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

SO ORDERED.

DATED: March 10, 2020

_____
United States District Court Judge